UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND, | ) Civil No. 06cv1578-WQH(BLM) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| T DENNISON, et al., | ) |
| Defendants. | ) |

On December 13, 2006, Plaintiff filed a document entitled "Notice of Motion and Motion for Order to Demand All Incoming Legal Mail be Issued and Not Withhold Incoming Legal Mail Returned From United States Marshals Office." Doc. No. 10. Therein, Plaintiff alleges that he sent two boxes containing legal pleadings to the United States Marshals Service ("USMS")[1]. Id. He subsequently received notice from the USMS that one box was being returned to him. Id. Plaintiff alleges that prison officials are withholding this box from him. Id.

---

[1] The district judge granted Plaintiff's motion for leave to proceed *in forma pauperis* on October 2, 2006 (Doc. No. 6) and ordered the USMS to effect service on Defendants for Plaintiff.

1   **IT IS HEREBY ORDERED** that any opposition to Plaintiff's
2   motion (Doc. No. 10) be filed on or before **January 9, 2007.** The
3   Court will then take the matter under submission pursuant to Civil
4   Local Rule 7.1(d)(1).

5   **IT IS SO ORDERED.**

6   DATED:  December 22, 2006

    _Barbara L. Major_
8               BARBARA L. MAJOR
                United States Magistrate Judge

12  COPY TO:

13  HONORABLE WILLIAM Q. HAYES
    UNITED STATES DISTRICT JUDGE

    ALL COUNSEL AND PARTIES