# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>T. DENNISON, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 06CV1578 WQH (BLM)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS |

HAYES, Judge:

On August 8, 2006, Plaintiff Larry Charles Cleveland filed the Complaint in this matter. (Doc. # 1). On December 4, 2007, Magistrate Judge Barbara Lynn Major issued a Report and Recommendation with respect to Defendants' motion to dismiss. (Doc. # 56). The Report and Recommendation required that any objections be filed on or before December 27, 2007. (Doc. # 56).

On December 21, 2007, Plaintiff filed a motion requesting an additional thirty days to file objections to the Report and Recommendation. (Doc. # 57). Good cause appearing, Plaintiff's motion for an extension of time (Doc. # 57) is GRANTED. Plaintiff may file objections to the Report and Recommendation on or before Monday, January 28, 2008. Defendants may file a reply to any objections on or before Friday, February 15, 2008.

**IT IS SO ORDERED**.

DATED: January 3, 2008

　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　United States District Judge