# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>T. DENNISON, et. al.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 06cv1578WQH (BLM)<br><br>ORDER |

HAYES, Judge:

　　The matter before the Court is the review of the Report and Recommendation (Doc. # 70) filed on August 14, 2008 by Magistrate Judge Major recommending that this Court grant the Motion for Judgment on the Pleadings (Doc. # 68) filed by the only remaining Defendant Moreno and dismiss this action. No party has filed an objection to the Report and Recommendation.

## STANDARD OF REVIEW

　　The duties of the district court in connection with a Report and Recommendation of a Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1). Where the parties object to a Report and Recommendation, "[a] judge of the [district] court shall make a de novo determination of those portions of the [Report and Recommendation] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474

1 U.S. 140, 149-50 (1985).  When no objections are filed, the district court need not review the
2 Report and Recommendation de novo.  *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir.
3 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

## CONCLUSION

This Court has reviewed the Report and Recommendation in its entirety.  The Court concludes that the Magistrate Judge correctly determined that Plaintiff is not entitled to bring an action under 42 U.S.C. § 1983 against Defendant Moreno in his individual capacity to vindicate rights created under Title II of the Americans with Disabilities Act. *Vinson v. Thomas*, 288 F.3d 1145, 1155-56 (9th Cir. 2002).  The Report and Recommendation filed on August 14, 2008 (Doc. # 70) is adopted by this Court in its entirety.

**IT IS HEREBY ORDERED** that Defendant Moreno's Motion for Judgment on the Pleadings (Doc. # 68) is granted.  The Clerk is directed to enter Judgment in this action against plaintiff and in favor of Defendants.

DATED:  October 9, 2008

_____
**WILLIAM Q. HAYES**
United States District Judge